| VINSON PULLIAM | * | NO. 2025-CA-0240 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| CURAHEALTH NEW ORLEANS, LLC | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*TGC*

**CHASE, J., CONCURS IN THE RESULT**